Fill in this information to identify the case:

Debtor name: Platinum Oilfield Services, LLC

United States Bankruptcy Court for the: Eastern District of Oklahoma, Okmulgee Division

Case number (if known): 19-81492

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AT&T<br>PO Box 105414<br>Atlanta, GA 30348-5414 | | Phone Service Utility | | | | $3,711.39 |
| 2 | Bison Oilfield Services, LLC<br>PO Box 248819<br>Oklahoma City, OK 73124-8819 | | Disposal service | | | | $9,906.00 |
| 3 | Blackhawk Services, LLC<br>PO Box 443<br>Coalgate, OK 74538 | | Sub contractor | | | | $14,779.22 |
| 4 | Blue Cross Blue Shield of Oklahoma<br>PO Box 731428<br>Dallas, TX 75373-1428 | | Health coverage | | | | $41,205.54 |
| 5 | BMO Harris Bank<br>PO Box 71951<br>Chicago, IL 60694 | | Lease on Mack trucks | | | | $47,512.52 |
| 6 | Bruckner Truck Sales Inc.<br>5301 West 60th St<br>Tulsa, OK 74107 | | Service and parts | | | | $5,616.23 |
| 7 | Directional Fluid Disposal<br>6801 Camilla Ave<br>Oklahoma City, OK 73149 | | Disposal site | | | | $18,980.00 |
| 8 | Dolese Bros Co<br>Box 980144<br>Oklahoma City, OK 73196-0144 | | Supplier | | | | $9,790.98 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hauling Software LLC<br>PO Box 2326<br>Ada, OK 74821 | | Software used for hauling | | | | $19,200.00 |
| 10 | HS Field Services Inc<br>PO Box 605<br>397781 W. 1400 Rd<br>Dewey, OK 74029 | | subcontractor | | | | $3,289.00 |
| 11 | Kinyon, Terry<br>4989 S US Hwy 69<br>Mcalester, OK 74501 | | Lease of facility in McAlester | | | | $8,000.00 |
| 12 | Lawson Products<br>PO Box 809401<br>Chicago, IL 60680-9401 | | supplies | | | | $3,876.20 |
| 13 | Mike Krebbs Construction Inc<br>16561 E State Hwy 31<br>Quinton, OK 74561 | | subcontractor | | | | $4,377.89 |
| 14 | Parts City<br>508 S. Broadway<br>Coalgate, OK 74538 | | Parts | | | | $5,506.14 |
| 15 | People's Electric Cooperative<br>PO Box 429<br>Ada, OK 74821-0429 | | Utility - Electric Service | | | | $3,538.88 |
| 16 | Safeguard Insurance Solutions<br>PO Box 309<br>701 South Broadway Suite A<br>Coalgate, OK 74538 | | Insurance for trucks | | | | $16,726.04 |
| 17 | Southwestern Payroll<br>11008 E 51st St<br>Tulsa, OK 74148 | | | | | | $39,058.26 |
| 18 | TAZ Trucking<br>210-B Dewey Ave<br>Poteau, OK 74953 | | Subcontractor | | | | $5,294.50 |
| 19 | Tite Water Energy LLC<br>PO Box 902<br>Alva, OK 73717 | | subcontractor | | | | $4,237.00 |
| 20 | Unifirst Holding Inc<br>2100 N Beech Ave<br>Broken Arrow, OK 74012 | | Safety equipment | | | | $12,751.23 |