UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Platinum Oilfield Services, LLC, | ) | Case No. 19-81492 |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

## ATTACHED DOCUMENTS

The following documents are being filed:

Amended Creditor Matrix.

January 16, 2020

/s/ Teddy J. Abbott
Teddy J. Abbott, OBA #14367
ABBOTT LAW OFFICE, LLC
1320 North Mill Street, Suite 222
Muskogee, Oklahoma 74401
(918) 360-0531
teddy@bankruptcypc.com

Charles (Chuck) Horton  
PO Box 443  
Coalgate, OK  74538

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In Re: )
)
Platinum Oilfield Services, LLC, ) Case No. 19-81492
) Chapter 11
Debtor-in-Possession. )

## AMENDED VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

January 16, 2020           Signature:   /s/ Lauren Habermehl
                                        Lauren Habermehl, President

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Platinum Oilfield Services, LLC, | ) | Case No. 19-81492 |
| | ) | Chapter 11 |
| Debtor-in-Possession. | ) | |

## CERTIFICATE OF SERVICE

I do hereby certify that Charles (Chuck) Horton has been served with the Notice of the Commencement of the Case and all applicable bar dates and deadlines along with all other pleadings in this case. Charles (Chuck) Horton is a member of HD Outdoor, LLC, represented in this case by counsel who filed an entry of appearance in this case (Docket Entry #14), who has received notice. Further, HD Outdoor, LLC is listed as a creditor on the creditor matrix and has received all pleadings in this case.

/s/ Teddy J. Abbott
Teddy J. Abbott, OBA #14367
ABBOTT LAW OFFICE, LLC
1320 North Mill Street, Suite 222
Muskogee, Oklahoma 74401
(918) 360-0531
teddy@bankruptcypc.com